UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WALTER CARNEVALE,<br>Plaintiff<br><br>v.<br><br>THUNDERMIST HEALTH CENTER,<br>Defendant | CIVIL ACTION NO. 07-225S |

**STIPULATION ENLARGING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Plaintiff, by and through his counsel, and Defendant, by and through its counsel, hereby stipulate and agree that Defendant shall have an enlargement of time up to and including August 13, 2007 to answer or otherwise respond to Plaintiff's complaint.

AGREED TO:

Plaintiff,

WALTER CARNEVALE

By his attorneys,

/s/ Stephen T. Fanning

Stephen T. Fanning, Esq (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

AGREED TO:

Defendant,

THUNDERMIST HEALTH CENTER

By its attorneys,

/s/ Andrew Prescott

Andrew Prescott, Esq. (#3758
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
401 454-1000
401-454-1030 (FAX)

Dated: July 20, 2007