UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WALTER CARNEVALE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | C.A. 07 225S |
| | : | |
| THUNDERMIST HEALTH CENTER, | : | |
| | : | |
| Defendant. | : | |

**DISMISSAL STIPULATION**

All claims in this matter shall be dismissed, with prejudice, no interest or costs to either party.

WALTER CARNEVALE

By his attorneys,

/s/ Stephen T. Fanning
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
(401) 272-8250
(401) 272-4520 fax

THUNDERMIST HEALTH CENTER

By its attorneys,

/s/ Andrew B. Prescott
Andrew B. Prescott (#3758)
Jillian S. Folger-Hartwell (#6970)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030 fax

Dated: November13, 2007

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Dismissal Stipulation was served on Stephen T. Fanning, Esq., 305 South Main Street, Providence, RI 02903 via electronic mail on this 13th day of November 2007.

/s/ Andrew B. Prescott